UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

------------------------------------------------------x
                                                :      Case No. CV06-00467-S-EJL
DDR NAMPA LLC,                       :

          Appellant,              :      **ORDER**
v.                                                     :

JERRY L. KORN,                      :

          Appellee.              :
------------------------------------------------------x

      Before the Court is Appellant's Motion for Stay of Briefing Schedule Order and for Scheduling of Status Conference. The Court's briefing schedule order sets the deadline for appellant's opening brief to be filed on or before January 2, 2007. The instant motion seeks to stay the briefing schedule in light of the fact that the Chapter 7 Trustee in this action is not represented by counsel and, as the true party in interest, is necessary to the resolution of this matter. The motion notes that the Bankruptcy Court has scheduled a January 10, 2007 hearing regarding retaining counsel in this matter and seeks a stay of this matter until after this hearing.

      The Court has reviewed the motion and finds good cause exists to extend the briefing schedule in this matter until after the Bankruptcy Court has held the January 10, 2007 hearing. Accordingly, the Court **GRANTS** the motion (Dkt. No. 9). The parties are directed to file a notice of the status of the case following the Bankruptcy Court's hearing on or before January 12, 2007. The notice shall inform the Court as to the outcome of that hearing and how the parties intend to proceed in this matter. Accordingly, the Briefing Schedule Order (Dkt. No. 8) is **AMENDED** as follows:

1. Appellant's opening brief is due on or before January 15, 2007.

2. Appellee's response brief is due on or before February 15, 2007.

3. Any reply brief by Appellant is due on or before February 22, 2007.

The Clerk of the Court is directed to serve this order upon all named parties in this action and upon Lois Murphy by mail at the following address:

> Lois Murphy
> Chapter 7 Trustee
> 52 E. State Avenue
> PO Box 741
> Meridian, ID  83642

**IT IS SO ORDERED.**

DATED: **December 28, 2006**

*/s/ Edward J. Lodge*
Honorable Edward J. Lodge
U. S. District Judge